FILED

07/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0143

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court No. DA 21-0143

Jill Marie Lotter,

      Petitioner and Appellant,

  v.

State of Montana,

      Respondent and Appellee.

## GRANT OF EXTENSION

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 9, 2021 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 9 2021